# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON L. FAKE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** *et al.*, | : | **NO. 17-3636** |
| **Defendants.** | : | |

## ORDER

AND NOW, this 26th day of October, 2017, upon consideration of Fake's *pro se* Amended Complaint, it is ORDERED that:

1. The Amended Complaint is DISMISSED with prejudice for the reasons stated in the Court's Memorandum.

2. Fake's request for an injunction is DENIED as moot.

3. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**
